IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 DEC 27 A 10: 26

Christopher L. Core
Full name and prison number
of plaintiff(s)

v.

Judge Lane

Margaret Mayfield

District Court

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06-CV-1142-MHT
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Christopher L. Core

         Defendant(s) Detention Center Jay Jones

         Opelika City Jail

      2. Court (if federal court, name the district; if
         state court, name the county)

         Middle District of Alabama Lee County

3. Docket number _unknow_
4. Name of judge to whom case was assigned _unknow_
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _still pending or dismissed+unknow_
6. Approximate date of filing lawsuit _12-25-06_
7. Approximate date of disposition _unknow_

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center Opelika AL._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _District Court of Lee County Opelika AL._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Judge Lane | 2311 Gateway Dr. |
| 2. Margaret Mayfield | 2311 Gateway Dr. |
| 3. District Court | 2311 Gateway Dr. |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED "2003 until Now" Dec 4, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendant's knew support was to stop being paid._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On Aug. 28, 2006 petitioner was release on "Comtempt of Court" At that time support was $76.00 for (2) two son's and $24.00 dollers a week for rear's. Defendant know's that children are over the age of support. Petitioner has been in and out of jail for support when the mother knew and Defendant's knew children was ~~[redacted]~~ over age of support. Christopher Flakes Age "22" year old, "Carlos Flakes Age 20 years old." My (2) two son's

**SUPPORTING FACTS:** Petitioner should have been paying said amount of $24.00 dollers a week for rear payment. Petitioner had been telling defendent this for (3) three years and Defendent refuse to lesten. On Nov. 17, 2006 Petitioner was arrested once again for Childsupport. On Dec. (4) 2006 for the frist time was told that he only had to pay rears. Mother of children refues to tell Court ~~[redacted]~~: that Carlos Flakes get's a disability check for over (15) years. Defendant refuse to look into matter of this

**SUPPORTING FACTS:** Case. Petitioner wants a release for all the reason that the court has over looked for (3) years and for rears to stay set at $24.00 dollers a week. Petitioner has file Motion with no response. the Childsupport D.A. don't care that a man is having hard time. She want work with anyone. Putting a man in jail help's no one the child or the person.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Petitioner want's the court to look over all case file's and see what's going on in each case, Not just what the Mother want's. Petitioner want's to be conversated for all the time that he was wrongful arrested, For false imprison over the year's.

*Christopher L. Core*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-25-06
(Date)

*Christopher L. Core*
Signature of plaintiff(s)

4