IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEON CORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv1142-MHT |
| | ) (WO) |
| JUDGE LANE, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 12, 2007 (doc. no. 3), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for Core's failure to pay the full filing fee upon initiation of this case.

Done this the 30th day of January, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE